

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **WILLIAM E COBURN** | **CIVIL ACTION NO.  5:12CV2163** |
| **VERSUS** | **JUDGE HICKS** |
| **INTERNATIONAL PAPER CO, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## NOTICE OF MOTION SETTING

The Motion for Partial Summary Judgment (Document No. 15) filed by International Paper Co, International Paper Co Salary Continuation Plan, Sedgwick Claims Management Services Inc on March 28, 2013 has been referred to the Honorable S. Maurice Hicks, Jr.  A written ruling will be issued in due course.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within **fourteen (14) calendar days** from the date of this notice.  The movant may file a reply memorandum, without leave of court, within **seven (7) calendar days** after the date on which the memorandum in opposition is filed.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record **without** oral argument. Briefs should fully address all pertinent issues.  All parties will be notified if the Court finds oral argument is necessary.

### Courtesy Copies Required

A courtesy copy of the briefs and any attachments **MUST** be provided to chambers promptly after filing in **both paper and electronic formats.**  The mailing address is 300 Fannin St., Suite 5101, Shreveport, LA, 71101.  The electronic copy shall be formatted in either Word Perfect, Word, or Rich Text Format and e-mailed to motions_hicks@lawd.uscourts.gov .

**DATE OF NOTICE: April 1, 2013.**

TONY R. MOORE
CLERK OF COURT